**SUMMUM, a corporate sole and church, Plaintiff–Appellant,**

v.

**PLEASANT GROVE CITY, a municipal corporation; Jim Danklef, Mayor; Mark Atwood, City Council Member; Cindy Boyd, City Council Member; Mike Daniels, City Council Member; Darold McDade, City Council Member; Jeff Wilson, City Council Member; Carol Harmer, former City Council Member; G. Keith Corry, former City Council Member; Frank Mills, City Administrator, Defendants–Appellees.**

No. 06–4057.

United States Court of Appeals, Tenth Circuit.

April 7, 2009.

James L. Harris, Jr., Brian M. Barnard, Utah Legal Clinic, Salt Lake City, UT, for Plaintiff–Appellant.

Francis J. Manion, Geoffrey R. Surtees, American Center for Law & Justice, New Hope, KY, Edward L. White, III, Ann Arbor, MI, Meb W. Anderson, Stirba & Associates, Salt Lake City, UT, for Defendants–Appellees.

Before TACHA and EBEL, Circuit Judges, and KANE,* District Judge.

**ORDER AND JUDGMENT***

DEANELL REECE TACHA, Circuit Judge.

In *Pleasant Grove City v. Summum,* —— U.S. ——, 129 S.Ct. 1125, 1138, 172 L.Ed.2d 853 (2009), the Supreme Court reversed this court's opinion in *Summum v. Pleasant Grove City,* 483 F.3d 1044 (10th Cir.2007) and held that the defendants' conduct does not implicate the First Amendment's Free Speech Clause. Because this conclusion is fatal to Summum's claim that the defendants violated its free speech rights, we AFFIRM the district court's denial of Summum's motion for a

---

\* This order and judgment is not binding precedent except under the doctrines of law of the case, res judicata and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R.App. P. 32.1 and 10th Cir. R. 32.1.

\* Honorable John L. Kane, Jr., Senior District Judge for the District of Colorado, sitting by designation.

preliminary injunction on this issue and REMAND to the district court to conduct further proceedings consistent with this order and judgment and *Pleasant Grove City v. Summmum,* —— U.S. ——, 129 S.Ct. 1125, 172 L.Ed.2d 853 (2009). The mandate stayed originally by our order dated September 5, 2007 is issued forthwith.